# CERTIFICATE OF SERVICE

I, Jay C. Campbell, of the law firm of White & Case LLP, hereby certify, pursuant to U.S. Court of International Trade Rule 4(b) and (h), that on September 9, 2022, copies of the foregoing Summons, Complaint, Form 5, and Form 13 were served on the following parties by certified mail, return receipt requested:

Attorney-in-Charge
International Trade Field Office
U.S. Department of Justice
National Courts Branch
Room 346
26 Federal Plaza
New York, NY 10278

Patricia M. McCarthy
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

General Counsel
U.S. Department of Commerce
Mail Stop 5875 HCHB
14th and Constitution Avenue, NW
Washington DC 20230

Robert Heilferty
Chief Counsel
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
1401 Constitution Ave., NW
Washington, DC 20230

/s/ Jay C. Campbell
Jay C. Campbell

# COURTESY NOTICE TO INTERESTED PARTIES

I, Jay C. Campbell, of the law firm of White & Case LLP, hereby certify that, as a courtesy, on September 9, 2022, copies of the foregoing Summons, Complaint, Form 5, and Form 13 were served on the following interested parties by certified mail, return receipt requested:

*On behalf of Resolute FP Canada Inc., The Conseil de l'industrie forestière du Québec ("CIFQ") and Ontario Forest Industries Association ("OFIA"). CIFQ members are: Produits forestiers Temrex, s.e.c., Promobois G.D.S. Inc., Usine Sartigan Inc, Groupe Lebel inc., Bois Daaquam Inc., Produits Forestiers Petit Paris, Lulumco inc., Jan Woodland (2001) Inc., Bois et Solutions Marketing SPEC, Inc., Les Chantiers de Chibougamau Ltd., Arbec Lumber Inc., Bois D'Oeuvre Cedrico Inc. (a.k.a. Cederico Lumber Inc.), Groupe Crête division St-Faustin, Groupe Crête Chertsey, Clermond Hamel Ltee, Busque & Laflamme Inc., Boscus Canada Inc., Lafontaine Lumber Inc, Kebois Ltee/Ltd., Blanchet Multi Concept Inc., Bois Bonsaï Inc., Bois Aisé de Montréal Inc., Produits Matra Inc., Séchoirs de Beauce Inc., Marcel Lauzon Inc., B.B. Pallets Inc., René Bernard Inc., Fontaine Inc., Les Produits Forestiers D&G Ltée, Les Bois d'œuvre Beaudoin Gauthier inc., Les Bois Martek Lumber, Boisaco, Groupe Lignarex inc, Careau Bois inc., Maibec inc., Scierie West Brome Inc, Carrier & Bégin Inc., CWP - Industriel inc., CWP - Montréal inc., Roland Boulanger & Cie ltée, Benoît & Dionne Produits Forestiers Ltée, Scierie St-Michel inc., 9224-5737 Québec inc. (a.k.a. A.G. Bois), Goodfellow Inc., Les Bois Traités M.G. Inc., Bardobec Inc., Portbec Forest Products Ltd., and Scierie P.S.E. Inc. OFIA members are: Manitou Forest Products Ltd, Lecours Lumber Co. Limited, Nakina Lumber Inc, Longlac Lumber Inc, Hornepayne Lumber LP, White River Forest Products L.P., and Midway Lumber Mills Ltd.*

Elliot J. Feldman, Esq.
Baker & Hostetler LLP
Suite 1100
1050 Connecticut Ave., NW
Washington, DC 20036-5304
Email: efeldman@bakerlaw.com

*On behalf of British Columbia Lumber Trade Council: Interfor Corporation, Sinclar Group Forest Products Ltd., Tolko Industries Ltd., West Fraser Timber Limited, West Fraser Mills Ltd., Western Forest Products Inc., Canfor Corporation, Dunkley Lumber Ltd., Conifex Inc., Gorman Bros. Lumber Ltd., Carrier Lumber Ltd.*

Amy Jenkins Lentz, Esq.
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Email: alentz@steptoe.com

*On behalf of Canfor Corporation*
Donald B. Cameron, Esq.
Morris, Manning & Martin, LLP
Suite 600
1401 I Street, NW
Washington, DC 20005
Email: dcameron@mmmlaw.com

***On behalf of Government of Alberta, Tolko Marketing and Sales Ltd., Tolko Industries Ltd., and Gilbert Smith Forest Products Ltd.***

Lynn Fischer Fox Esq.
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Email: lynn.fischerfox@apks.com

***On behalf of Brunswick Valley Lumber Inc.; Chaleur Sawmills LP; Delco Forest Products Ltd.; Devon Lumber Co. Ltd.; Fornebu Lumber Co. Ltd.; H.J. Crabbe & Sons Ltd.; Langevin Forest Products Inc.; Marwood Ltd.; North American Forest Products Ltd.; Twin Rivers Paper Co. Inc.***

Richard Weiner, Esq.
Sidley Austin LLP
1501 K Street, NW
Washington, DC 20005
Email: rweiner@sidley.com

***On behalf of the Committee Overseeing Action for Lumber International Trade Investigations or Negotiations ("COALITION"), which is comprised of: U.S. Lumber Coalition, Inc., Collum's Lumber Products, L.L.C., Fox Lumber Sales, Inc., Hankins, Inc., Pleasant River Lumber Company, PotlatchDeltic, Rex Lumber Company, S.I. Storey Lumber Co., Inc., Stimson Lumber Company, Swanson Group, Weyerhaeuser Company, Carpenters Industrial Council, Giustina Land and Timber Company, and Sullivan Forestry Consultants, Inc.***

Zachary J. Walker, Esq.
Picard Kentz & Rowe LLP
1750 K Street, NW
Suite 800
Washington, DC 20006
Email: zwalker@pkrllp.com

***On behalf of West Fraser Mills Ltd.***

Donald Harrison, Esq.
Gibson, Dunn & Crutcher LLP
1050 Connecticut Ave., NW
Washington, DC 20036-5306
Email: dharrison@gibsondunn.com

*On behalf of Rayonier A.M. Canada GP, Scierie Alexandre Lemay & Fils Inc., EACOM Timber Corporation, BarretteWood, Inc., Barrette-Chapais Ltee, Blanchette & Blanchette Inc., Western Forest Products Inc., Western Lumber Sales Limited, Interfor Corporation, Rayonier A.M. Canada GP, Scierie Alexandre Lemay & Fils Inc., EACOM Timber Corporation, BarretteWood, Inc., Barrette-Chapais Ltee, Blanchette & Blanchette Inc., Western Forest Products Inc., Western Lumber Sales Limited, Interfor Corporation, CS Manufacturing Inc*.

Myles Getlan, Esq.
Cassidy Levy Kent (USA) LLP
900 19th Street, NW
Suite 400
Washington, DC 20006
Email: mgetlan@cassidylevy.com

*On behalf of Carrier Forest Products Ltd., Carrier Lumber Ltd., Olympic Industries, Inc., Olympic Industries ULC, Plateau Forest Products LLC*

Jeffrey S. Grimson, Esq.
Mowry & Grimson PLLC
5335 Wisconsin Avenue, NW
Suite 810
Washington, DC 20015
Email: jsg@mowrygrimson.com

*On behalf of Sierra Pacific Industries , including its subsidiary Seneca Sawmill Company*

Stephanie Hartmann, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
Email: stephanie.hartmann@wilmerhale.com

*On behalf of Anbrook Industries, Ltd.; Best Quality Cedar Products Ltd.; Canadian American Forest Products Ltd.; Direct Cedar Supplies Ltd.; Imperial Shake Co. Ltd.; Multicedre Ltee; North Enderby Timber Ltd.; Power Wood Corp.; S&W Forest Products Ltd.; Skana Forest Products Ltd.; Columbia River Shake & Shingle Ltd./Teal Cedar Products Ltd., dba The Teal Jones Group; Terminal Forest Products Ltd., Valley Cedar 2 Inc.; Watkins Sawmills Limited; Canyon Lumber Company, Ltd.; Leslie Forest Products Ltd.; 258258 B.C. Ltd., dba Pacific Coast Cedar Products; Rielly Industrial Lumber Inc.; Waldun Forest Products Sales Ltd.; W.I. Woodtone Industries Inc.; Woodtone Specialties Inc.;, Metrie Inc.; Patrick Lumber Company; Shakertown 1992, Inc.; Vaagen Bros. Lumber Inc.*

Heather Jacobson, Esq.
Junker & Nakachi, P.C
Suite 100
2815 Elliott Avenue
Seattle, WA 98121-2991
Email: hjacobson@tradelawcounsel.com

***On behalf of The Government of Canada***
Joanne Osendarp, Esq.
McDermott Will & Emery
500 N. Capitol Street, NW
Washington, DC 20001-1531
Email: josendarp@mwe.com

***On behalf of Fontaine, Inc.***
Mark Lehnardt, Esq.
Law Office of David L. Simon
1025 Connecticut Avenue, NW
Suite 1000
Washington, DC 20006
Email: marklehnardt@dlsimon.com

***On behalf of the Government of Ontario***
H. Deen Kaplan
Hogan Lovells US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Email: deen.kaplan@hoganlovells.com

***On behalf of the Government of Québec***
Matthew J. Clark
Arent Fox LLP
1717 K Street, NW
Washington, DC 20006-5344
Email: matthew.clark@arentfox.com

***On behalf of the Government of British Columbia***
Spencer S. Griffith
Akin Gump Strauss Hauer & Feld LLP
2001 K Street, NW
Washington, DC 20006
Email: dsikes@akingump.com

***On behalf of Burrows Lumber (CD) Ltd., Theo A Burrows Lumber Company Limited.***
Chris Dirks
Burrows Lumber (CD) Ltd.
25 Trottier Bay
Winnipeg, Manitoba Canada R3T 3R3
Email: cdirks@burrowslumber.com

/s/ Jay C. Campbell
Jay C. Campbell